MITCHELL STOCK *v*. JOHN W. COBB ET AL.

The application by the defendants William and Constance Whitehead to expedite the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Allan M. Cane,* in support of the motion.

Submitted January 24—decided February 4, 1975

EPPOLITI REALTY COMPANY, INC. *v*. BOARD OF ZONING APPEALS OF THE TOWN OF RIDGEFIELD

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Melvin J. Silverman,* in support of the petition. *Herbert F. Rosenberg,* in opposition.

Submitted January 30—decided February 4, 1975

STATE OF CONNECTICUT *v*. KENNETH SCHAFFER

The defendant's petition for an order permitting his presence at the argument of his appeal is denied.

*Edwin M. Lavitt,* special public defender, in support of the motion.

*Donald B. Caldwell,* state's attorney, in opposition.

Submitted February 3—decided February 4, 1975

STATE EX REL. COMMISSION FOR HIGHER EDUCATION *v*. WETHERSFIELD SCHOOL OF LAW, INC.

The defendant's motion to expedite the appeal from the Superior Court in Hartford County is denied.

*Wesley W. Horton,* in support of the motion.

Submitted February 3—decided February 7, 1975